IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| MARIA GARZA AND ASCENCION GARZA § § § § § § § | § CIVIL ACTION NO. 7:17-cv-00023 |
| VS. | |
| | JURY DEMANDED |
| ALLSTATE INSURANCE | |

## NOTICE OF SETTLEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

The Defendant herein would advise the Court that the parties have reached a settlement and therefore, request that all deadlines be suspended pending documentation of settlement.

Respectfully submitted,

BY:   /s/ *Rosemary Conrad-Sandoval*
Rosemary Conrad-Sandoval
Attorney-in-charge
State Bar #04709300
Federal ID #13738

Of Counsel
ROERIG, OLIVEIRA & FISHER, L.L.P.
10225 North 10th Street
McAllen, Texas   78504
(956) 393-6300
(956) 386-1625 (Fax)

ATTORNEYS FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that a true and correct copy of the foregoing Notice of Settlement has been sent via electronic messaging, to the Attorney for Plaintiff, as follows:

Fernando J. Lopez
LAW OFFICE OF FERNANDO J. LOPEZ
2611 N. Texas Blvd., Suite 1
Weslaco, Texas 78599

on this 9th day of January, 2018.

                                                /s/ *Rosemary Conrad-Sandoval*
                                            ROSEMARY CONRAD-SANDOVAL